**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| LARRY SURATT | CIVIL ACTION NO. 07-1165 |
| VS. | JUDGE MELANÇON |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE HILL |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly, it is

**ORDERED** that the instant petition is **DISMISSED WITH PREJUDICE** because petitioner's claims are not cognizable on federal *habeas* review, and alternatively, because the claims fail on the merits.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 14th day of May 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE